Martha W. Prout and Wm. W. Prout, her husband, Appellants, v. Dade County Security Company, a Corporation, Appellee.

(Supreme Court of Florida, *En Banc*, May 7, 1909;

Minor S. Jones, Judge.

Geo. A. Worley, for Appellants.

No appearance for the Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant and the defendants appealed. Appeal dismissed on motion of counsel for appellants.